UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CLOSED

| | |
|---|---|
| CHILD PROTECT LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIREFLY COMMUNICATIONS, INC., ET AL.,<br><br>Defendant. | Case No. 08-1829 (FSH)<br><br>**DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the dismissal of this action without prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: September 16, 2009

By: _/s/ Jean-Marc Zimmerman_
Jean-Marc Zimmerman, Esq. (JZ 7743)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff Child Protect
   Limited Liability Company

Dated: September 16, 2009

By: _/s/ James Harrison Banks_
James Harrison Banks, Esq.
Banks Law Offices, LLC
22-01 Broadway
Fair Lawn, NJ 07410
Tel: (201) 254-9919
Fax: (201) 254-9921
Attorneys for Defendant Firefly
   Communications, Inc.

SO ORDERED:

Dated: September 17th, 2009

_/s/ Faith S. Hochberg_
Faith S. Hochberg, U.S.D.J.